IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERTRUM JEAN, Individually and as the surviving father of BOTHAM SHEM JEAN, ALLISON A. JEAN, Individually and as the surviving mother of BOTHAM SHEM JEAN, and ALLISA E. FINDLEY as the Administrator of the Estate of BOTHAM SHEM JEAN | § § § § § § § § | |
| VS. | § § | Civil Action No. 3:20-cv-2996 |
| WRPV XIII SOUTHSIDE FLATS DALLAS, L.L.C., WATERTON RESIDENTIAL, L.L.C. and DORMAKABA GROUP USA, INC. | § § § § | |

**DEFENDANTS WRPV XIII SOUTHSIDE FLATS DALLAS, L.L.C.,
WATERTON RESIDENTIAL, L.L.C. and DORMAKABA USA, INC.'s
<u>NOTICE OF REMOVAL</u>**

TO THE HONORABLE UNITED STATES COURT:

COME NOW WRPV XIII SOUTHSIDE FLATS DALLAS, L.L.C.; WATERTON RESIDENTIAL, L.L.C., and dORMAKABA USA, INC., (misnamed as dormakaba Group USA, Inc.) being all of the Defendants in the above styled and numbered cause, and file this Defendants' Notice of Removal, and in support thereof would respectfully show the Court as follows:

**I. Introduction**

1.    Pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1441(b), and in compliance with 28 U.S.C. § 1446 and LR 81 of the Civil Rules of the United States District Court for the Northern District of Texas, Defendants WRPV XIII Southside Flats, Dallas, L.L.C.; Waterton Residential,

L.L.C.; and dormakaba USA, Inc. timely remove the following civil state court action to the United States District Court for the Northern District of Texas, Dallas Division: Cause No. DC-02-12262 styled: "Bertrum Jean, Individually and as the surviving father of Botham Shem Jean, Allison A. Jean, Individually and as the surviving mother of Botham Shem Jean and Allisa E. Findley, as the Administrator of the Estate of Botham Shem, Jean v. WRPV XIII Southside Flats Dallas, L.L.C., Waterton Residential, L.L.C. and Dormakaba Group USA, Inc".; In the 193rd Judicial District Court of Dallas County, Texas. (the "civil state court action").

2. Removal to the United States District Court for the Northern District of Texas, Dallas Division, is proper because:

i. Defendant WRPV XIII Southside Flats Dallas, L.L.C. s is a Delaware limited liability company which has its principal place of business in the State of Illinois;

ii. Defendant Waterton Residential, L.L.C. is a Delaware limited liability company which has its prinicipal place of business in the State of Illinois.

iii. Defendant dormakaba USA, Inc. (misnamed as dormakaba Group USA, Inc.) is a Delaware corporation which has its principal place of business in the State of Indiana.

iv. Plaintiff Bertrum Jean is a citizen of Castries, St. Lucia.

v. Plaintiff Allison A. Jean is a citizen of Castries, St. Lucia.

vi. Plaintiff Allisa E. Findley is a citizen of the State of New York.

vii.   The District Courts of the United States have jurisdiction of this action because: (a) this is a civil action between citizens of different states; and (b) the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs (Plaintiffs' Original Petition filed in the civil state court action alleges that Plaintiffs are seeking monetary damages in excess of one million dollars ($1,000.000.00)).

viii.   This Notice of Removal is timely filed as this Notice of Removal is filed within thirty (30 days after the Plaintiffs filed or served a document – specifically, the service on Defendants WRPV XIII Southside Flats Dallas, L.L.C. Waterton Residential, L.L.C. and dormakaba USA, Inc. of Plaintiffs' civil state court action – that creates or establishes diversity jurisdiction allowing removal; and

ix.   The United States District Court for the Northern District of Texas, Dallas Division, is the District Court of the United States for the District and Division embracing the place where the civil state court action was filed.

3.   This Notice of Removal is signed pursuant to Rule 11, Federal Rules of Civil Procedure.

4.   All Defendants are parties to this Notice of Removal.

**II. Statement of Grounds for Removal**

**A.   This Lawsuit Involves a Civil Action Between Citizens of Different States**

5.   Pursuant to 28 U.S.C. § 1332(a)(1), the United States District Courts have diversity jurisdiction when a civil action is between citizens of different states. Plaintiffs represented in their

Original Petition filed in the civil state court action that Plaintiffs Bertrum Jean and Allison Jean are citizens of the nation of St. Lucia and Plaintiff Allisa E. Findley is a citizen of the State of New York. Defendants WRPV XIII Southside Flats Dallas, L.L.C. and Waterton Residential, L.L.C. are Delaware limited liability companies with their principal place of business in the State of Illinois. Defendant dormakaba USA, Inc. is a Delaware corporation with its principal place of business in the State of Indiana. Therefore, diversity of citizenship exists between all Plaintiffs and all Defendants as required by 28 U.S.C. § 1332(a)(1).

**B.**      **Matter in Controversy Exceeds $75,000.00 Exclusive of Interest and Costs**

6.      In paragraph 9 of their Original Petition filed in the civil state court action, Plaintiffs allege: "Plaintiffs seek monetary relief over $1,000,000 and a demand for judgment for all the other relief to which the parties deem themselves entitled."

7.      Plaintiffs have alleged that their damages are in excess of one million dollars; therefore the matter in controversy exceeds the sum of Seventy-Five Thousand and No/100 Dollars ($75,000.00) exclusive of interest and costs; thus exceeding the requisite $75,000.00 minimum jurisdictional limits of the Court. As a result, the amount in controversy is sufficient for diversity of citizenship jurisdiction.

### III. Original Jurisdiction Pursuant to 28 U.S.C. § 1332(a)
### Removal Is Proper Pursuant to 28 U.S.C. §§ 1441(a) and 1441(b)

8.      Diversity of citizenship exists and it has been ascertained that the amount in controversy exceeds $75,000.00 exclusive of interest and costs. Therefore, the District Courts of the United States have jurisdiction of this action. 28 U.S.C. § 1332(a). Furthermore, the three Defendants are not citizens of Texas. Thus, removal is proper per 28 U.S.C. § 1441(a) and 28 U.S.C. § 1441(b).

## IV. Timely Removal

9.      Given Plaintiffs' allegations quoted above, the suit became removable on September 3, 2020 which is the date Defendants WPRV XIII Southside Flats Dallas, L.L.C.; Waterton Residential, L.L.C.; and dormakaba USA, Inc. (misnamed as dormakaba Group USA, Inc.) were each served with process together with a copy of Plaintiff's Original Petition filed in the civil state court action.  Defendants' Notice of Removal is filed within the thirty day period following the service of Plaintiffs' Original Petition.  Therefore, the filing of Defendants' Notice of Removal is timely under 28 U.S.C. § 1446(b).

## V. Attachments

10.      Pursuant to LR 81 of the Civil Rules of the United States District Court for the Northern District of Texas, copies of the following documents are attached to this Notice of Removal:

  A.      An index of All Documents Filed in State Court

  B.      The Docket Sheet in the state court action as of Monday, September 28 at 10:00 a.m.

  C.      Copies of each document filed in the state court action

  D.      Certificate of Interested Persons

## VI. Notice to Adverse Parties/ Filing With Clerk of State Court

11.      Pursuant to 28 U.S.C. § 1446(d) and promptly after the filing of this Notice of Removal, Defendants are giving written notice of removal to all adverse parties and Defendants are filing a copy of the Defendants' Notice of Removal with the clerk of the state district court of Dallas County, Texas.

## VII. Conclusion

12.    For the reasons stated herein reasons, Defendants WRPV XIII Southside Flats Dallas, L.L.C.; Waterton Residential, L.L.C.; and dormakaba USA, Inc. (misnamed as dormakaba Group USA, Inc.) remove the civil state court action to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

HILL & FINKEL, L.L.P.

Kevin B. Finkel
SBN: 07014500
602 Sawyer, Suite 450
Houston, Texas 77007
Telephone: 713-654-4004
Facsimile: 713-654-4028
kfinkel@hillfinkel.com
ATTORNEYS FOR DEFENDANTS
WRPV XIII SOUTHSIDE FLATS DALLAS, L.L.C.
and WATERTON RESIDENTIAL, L.L.C.

and

WOOD, SMITH, HENNING & BERMAN LLP

/s/Justin England
Justin P. England
TX. Bar No. 24108154
jengland@wshblaw.com
901 Main Street, Suite 3670
Dallas, TX 75202
Phone No. 469-210-2054
Fax No. 469-210-2051
Local Counsel

-6-

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
214-698-8000 – Main
214-698-1101 – Fax

/s/ E. Stratton Horres, Jr. *
By Permission
Kevin Finkel

E. Stratton Horres, Jr.
State Bar No. 10011800
Stratton.Horres@wilsonelser.com
Lee L. Cameron, Jr.
State Bar No. 03675380
Lee.Cameron@wilsonelser.com
Attorneys for Defendant
dormakaba Group USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2020, a true and correct copy of the foregoing document was forwarded by facsimile and electronic delivery to all known counsel of record as shown below:

Mr. Daryl K. Washington
WASHINGTON LAW FIRM, PC
325 N. St. Paul St., Suite 3950
Dallas, Texas 75201
dwashington@washlawfirm.com

Mr. E. Stratton Horres, Jr.
Wilson Elser Moskowitz Edelman & Dicker LLP
Bank of America Plaza - 901 Main Street, Suite 4800
Dallas, TX 75202-3758
stratton.horres@wilsonelser.com

Mr. Lee L. Cameron, Jr.
Wilson Elser Moskowitz Edelman & Dicker LLP
Bank of America Plaza - 901 Main Street, Suite 4800
Dallas, TX 75292-3758
lee.cameron@wilsonelser.com

Kevin B. Finkel

-7-